**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**RICKY POWELL NETTLES**                                                                           **PLAINTIFF**

**v.**                                                                     **CIVIL ACTION NO. 5:13-cv-257-CWR-FKB**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge Linda R. Anderson. Docket No. 13. On April 4, 2014, Judge Anderson recommended that Defendant's Motion to Dismiss Plaintiff's Complaint, Docket No. 4, be denied. Pursuant to 28 U.S.C. 636(b)(1) and Fed. R. Civ. P. 72(b) and Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Court for the Northern District of Mississippi and the Southern District of Mississippi*, a party must file any written objections to a Report and Recommendation within 14 days. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference.

**SO ORDERED AND ADJUDGED,** this the 30th day of May, 2014.

                                                                                             s/ Carlton W. Reeves
                                                                                          UNITED STATES DISTRICT JUDGE